1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8
9

JACOB ATKINSON, individually and on
behalf of all others similarly situated,

10

                              Plaintiff,
                vs.

11
12

PENNEY OPCO LLC, a
foreign limited liability company; and DOES
1-20.

13
14

                              Defendant.

NO.

**DEFENDANT'S ANSWER TO
PLAINTIFFS'S FIRST AMENDED
CLASS ACTION COMPLAINT**

(Removed from King County Superior
Court No. 23-219765-8)

15
16
17
18
19

        Defendant Penney Opco LLC ("Defendant"), by and through its undersigned counsel of

record, hereby answer and respond to Plaintiff Jacob Atkinson's First Amended Class Action

Complaint for Damages, Injunctive Relief, and Declaratory Relief ("FAC") as follows, using

like-numbered paragraphs and formatting:

20

**I.      NATURE OF THE CASE**

21
22

        1.      The allegations in Paragraph 1 are a restatement of the law to which no response

is required. To the extent a response is required, Defendant answers that the statute speaks for

itself.

23
24
25

        2.      The allegations in Paragraph 2 are a restatement of the law to which no response

is required. To the extent a response is required, Defendant answers that the statute speaks for

itself.

26

DEFENDANT'S ANSWER TO PLAINTIFF'S
FIRST AMENDED CLASS ACTION COMPLAINT-
Page 1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 48755922.3

3.    The allegations in Paragraph 3 simply restate portions of legislative history and no response is required. To the extent a response is required, Defendant answers that the statements speak for themselves.

4.    The allegations in Paragraph 4 are a summary of Plaintiff's claims to which no response is required. To the extent a response is required, Defendant admits that Plaintiff purports to bring his claims on a class basis. Defendant denies the remaining allegations in Paragraph 4 and that class treatment is appropriate.

## II.    JURISDICTION AND VENUE

5.    Defendant admits the allegations contained in Paragraph 5.

6.    Defendant admits they conduct business in King County. Defendant denies it resides in King County. Deny any remaining allegations contained in Paragraph 6.

7.    The allegations contained in Paragraph 7 are legal conclusions and restatements of law to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 7.

## III.    PARTIES

8.    Defendant admits that Plaintiff applied to work for Defendant's location in Lynnwood, Washington. Defendant lacks information as to the truth or falsity of the remaining allegations contained in Paragraph 8 and therefore, denies the same.

9.    Defendant admits it is a foreign limited liability company and that it transacts business in King County. Defendant admits it operates a retail store in Southcenter Mall in Tukwila. Deny any remaining allegations in Paragraph 7.

10.    Defendant lacks information as to the truth or falsity of the allegations contained in Paragraph 10 and therefore, denies the same.

## IV.    FACTS APPLICABLE TO THE CLASS AND ALL CAUSES OF ACTION

11.    The allegations contained in Paragraph 11 are a restatement of the law to which no response is required. To the extent a response is required, Defendant answers that the statute

DEFENDANT'S ANSWER TO PLAINTIFF'S
FIRST AMENDED CLASS ACTION COMPLAINT-
Page 2

FP 48755922.3

speaks for itself.

12.    The allegations contained in Paragraph 12 are a restatement of the law to which no response is required. To the extent a response is required, Defendant answers that the statute speaks for itself.

13.    Defendant admits the allegations contained in Paragraph 13.

14.    Defendant admits that it has received applications from at least 40 individuals in response to job postings for jobs in Washington state since January 1, 2023. The remaining allegations contained in Paragraph 14 constitute a legal conclusion to which no response is required. To the extent a response is a required, Defendant denies the same and that class treatment is appropriate.

15.    Defendant admits that Plaintiff submitted a job application on or about March 3, 2023. Deny that this job was located in King County. The remaining allegations contained in Paragraph 15 constitute a legal conclusion to which no response is required. To the extent a response is a required, Defendant denies the same.

16.    Defendant denies the allegations contained in Paragraph 16.

17.    Defendant denies the allegations contained in Paragraph 17..

18.    Defendant denies the allegations contained in Paragraph 18.

19.    The allegations contained in Paragraph 19 are a request for relief for which no response is required. To the extent a response is required, Defendant denies the allegations and that Plaintiff or the putative class members are entitled to relief.

## V.    CLASS ACTION ALLEGATIONS

20.    Defendant admits that Plaintiff purports to bring his claims on a class basis. Defendant denies that class treatment is appropriate. Defendant denies all remaining allegations in Paragraph 20.

21.    Defendant admits that Plaintiff purports to bring his claims on a class basis. Defendant denies that class treatment is appropriate. Defendant denies all remaining allegations

DEFENDANT'S ANSWER TO PLAINTIFF'S
FIRST AMENDED CLASS ACTION COMPLAINT-
Page 3

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 48755922.3

in Paragraph 21.

22.　Defendant admits that Plaintiff purports to bring his claims on a class basis. However, Defendant denies that class treatment is appropriate. The allegations contained in Paragraph 22 constitute a legal conclusion to which no response is required. To the extent a response is required, Defendant admits that there are over 100 potential class members as defined by Plaintiff.  Defendant otherwise denies the allegations contained in Paragraph 22.

23.　Defendant admits that Plaintiff purports to bring his claims on a class basis. However, Defendant denies that class treatment is appropriate. The allegations contained in Paragraph 23 constitute a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations contained in Paragraph 23.

24.　Defendant admits that Plaintiff purports to bring his claims on a class basis. However, Defendant denies that class treatment is appropriate. The allegations contained in Paragraph 24 constitute a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations contained in Paragraph 24.

25.　Defendant admits that Plaintiff purports to bring his claims on a class basis. However, Defendant denies that class treatment is appropriate. The allegations contained in Paragraph 25 constitute a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations contained in Paragraph 25.

26.　Defendant admits that Plaintiff purports to bring his claims on a class basis. However, Defendant denies that class treatment is appropriate. The allegations contained in Paragraph 26 constitute a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations contained in Paragraph 26.

27.　Defendant admits that Plaintiff purports to bring his claims on a class basis. However, Defendant denies that class treatment is appropriate. The allegations contained in Paragraph 27 constitute a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations contained in Paragraph 27.

DEFENDANT'S ANSWER TO PLAINTIFF'S
FIRST AMENDED CLASS ACTION COMPLAINT-
Page 4

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 48755922.3

# VI.    CAUSES OF ACTION

## FIRST CAUSE OF ACTION
### VIOLATION OF RCW 49.58.110
### Claim Relief for Plaintiff and the Class

28.     The allegations in Paragraph 28 restate and reincorporate the allegations in all prior paragraphs; Defendant restates and reincorporates its responses to those paragraphs.

29.     Defendant admits that Plaintiff submitted an application for a Washington based job opening after January 1, 2023, and he attached a job application to the FAC that does not show a wage scale or salary range. Defendant denies the remaining allegations in Paragraph 29.

30.     Defendant admits that Plaintiff submitted an application for a Washington based job opening after January 1, 2023, and he attached a job application to the FAC that does not show a wage scale or salary range. Defendant denies the remaining allegations in Paragraph 30.

31.     Defendant denies the allegations in Paragraph 31.

32.     Defendant the allegations in Paragraph 32.

## SECOND CAUSE OF ACTION
### INJUNCTIVE RELIEF
### Claim of Relief for Plaintiff and the Class

33.     The allegations in Paragraph 33 restate and reincorporate the allegations in all prior paragraphs, Defendant restates and reincorporates its responses to those paragraphs.

34.     The allegations contained in Paragraph 34 constitute a request for relief and legal conclusion for which no response is required. To the extent a response is required, Defendant denies that class treatment is appropriate, and the allegations contained in Paragraph 34.

## THIRD CAUSE OF ACTION
### DECLARATORY RELIEF
### Claim of Relief for Plaintiff and the Class

35.     The allegations in Paragraph 35 restates and reincorporates the allegations in all prior paragraphs, Defendant restates and reincorporates its responses to those paragraphs.

DEFENDANT'S ANSWER TO PLAINTIFF'S
FIRST AMENDED CLASS ACTION COMPLAINT-
Page 5

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 48755922.3

36.     The allegations contained in Paragraph 36 constitute a request for relief and legal conclusion for which no response is required. To the extent a response is required, Defendant denies that class treatment is appropriate, and the allegations contained in Paragraph 36.

37.     The allegations contained in Paragraph 37 constitute a request for relief and legal conclusion for which no response is required. To the extent a response is required, Defendant denies that class treatment is appropriate, and the allegations contained in Paragraph 37.

### VII.    REQUEST FOR RELIEF

Defendant denies that Plaintiffs are entitled to the relief they seek or to any other relief.

### GENERAL DENIAL

Except as expressly admitted above, Defendant denies each and every allegation.

### AFFIRMATIVE DEFENSES

BY WAY OF FURTHER ANSWER AND DEFENSE, Defendant alleges the following affirmative defenses:

1.     Pending further discovery, this Court lacks both venue and jurisdiction under Chapter 4.12 RCW.

2.     Arbitration is the mandatory venue for any putative class member hired as an employee who executed an arbitration agreement with Defendant.

3.     Plaintiff has failed to state claim for which relief can be granted.

4.     To the extent Plaintiff or the real parties in interest have failed to mitigate their alleged damages, Defendant is not responsible for such damages.

5.     To the extent Plaintiff's damages or the damages of the real parties in interest, if any such damages exist, were caused by Plaintiff, or others not under Defendant's control, or any other superseding cause, Defendant is not responsible for such damages.

6.     Any damages recovered by Plaintiff or the real parties in interest must be offset by any compensation the real parties in interest have received or could have received with reasonable diligence for the period for which they seek damages.

DEFENDANT'S ANSWER TO PLAINTIFF'S
FIRST AMENDED CLASS ACTION COMPLAINT-
Page 6

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 48755922.3

7.      Defendant's actions and conduct, to the extent those occurred as alleged, were objectively reasonable under the circumstances of which the Defendant was then aware and complied with all legal obligations.

8.      Defendant's actions or inactions were justified, legal, legitimate, and made in good faith, with reasonable grounds for believing its actions or inactions did not violate the law.

9.      To the extent the doctrine of after-acquired evidence applies, pending further investigation and discovery, Defendant reserves the right to seek dismissal of some or all of Plaintiff's claims.

10.     Some of Plaintiff's claims, or those of whom he seeks to represent, may be barred by the doctrines of estoppel, waiver, release, payment, and/or accord and satisfaction to the extent the alleged individual claims of any real party in interest have been resolved.

11.     Plaintiff's claims are barred by the statute of limitations to the extent they involve transactions, events, or allegations and/or seek damages for periods of time outside the applicable limitations periods.

12.     Plaintiff's proposed class fails to satisfy the prerequisites for class or collective treatment under applicable law and, therefore, the class or collective allegations in the Complaint should be stricken and dismissed.

13.     Plaintiff's FAC fails to adequately plead a valid class or collective claim in that it fails to state a valid claim for relief as to each allegedly similarly situated putative class member and fails to identify any other potential plaintiffs.

14.     Class certification would be inappropriate due to conflicts of interest between Plaintiff and putative class members, or between and among putative class or subclass members.

15.     Plaintiff's claims are barred to the extent that any award in this action would constitute unjust enrichment.

16.     Plaintiff was not good faith, or bona fide, applicant of Defendant.

DEFENDANT'S ANSWER TO PLAINTIFF'S
FIRST AMENDED CLASS ACTION COMPLAINT-
Page 7

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

17.    Plaintiff's claims are barred by the doctrine of unclean hands.

Defendant reserves the right to amend this answer to assert additional defenses or affirmative defenses, counterclaims, third-party claims or cross-claims as may be appropriate pending further discovery, and nothing contained in this Answer to Plaintiff's FAC should be construed as a waiver of any such additional defenses or claims.

### DEFENDANT'S PRAYER FOR RELIEF

Wherefore, having fully answered Plaintiff's FAC and having asserted its affirmative defenses thereto, Defendant prays for the following relief:

1.    That Plaintiff's FAC be dismissed with prejudice and without costs;

2.    That Defendant be awarded its attorney fees and costs and any other statutory costs and disbursements herein to which it may be entitled under applicable law; and

3.    For such other and further relief as the Court deems just and proper.

DATED this 22nd day of November 2023.

FISHER & PHILLIPS LLP

By *s/Catharine Morisset*
Catharine Morisset, WSBA #29682
Ryan R. Jones, WSBA #52566
1700 7th Avenue, Suite 2200
Seattle, WA 98101
Phone:  206-682-2308
Facsimile: 206-682-7908
Email: cmorisset@fisherphillips.com
Email: rjones@fisherphillips.com

*Attorneys for Defendant*

DEFENDANT'S ANSWER TO PLAINTIFF'S
FIRST AMENDED CLASS ACTION COMPLAINT-
Page 8

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 48755922.3

1

## CERTIFICATE OF SERVICE

2

I hereby certify that I served the foregoing Defendant's Answer to Plaintiff's First

3

Amended Class Action Complaint to the following counsel of record via the below method:

4

      Timothy W. Emery, WSBA No. 34078    KCSC e-filing system

5

      Patrick B. Reddy, WSBA No. 34092      Email
      Paul Cipriani, WSBA No. 59991         U.S. First Class Mail

6

      Emery Reddy, PLLC
      600 Stewart Street, Suite 1100

7

      Seattle, WA 98101
      Email: emeryt@emeryreddy.com

8

      Email: reddyp@emeryreddy.com

9

      Email: paul@emeryreddy.com

10

      *Attorneys for Plaintiff*

11

   DATED this 22nd day of November 2023, at Seattle, Washington.

12

13

                           *s/ Tammy Weisser*
                           Tammy Weisser, Legal Secretary

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANT'S ANSWER TO PLAINTIFF'S
FIRST AMENDED CLASS ACTION COMPLAINT-
Page 9

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 48755922.3