THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JACOB ATKINSON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　　vs.<br><br>PENNEY OPCO LLC, a foreign limited liability company; and DOES 1-20.<br><br>　　　　　　　Defendant. | NO. 2:23-CV-01806 BJR<br><br>**STIPULATED MOTION AND ORDER TO CONTINUE INITIAL SCHEDULING DEADLINES** |

## **STIPULATION**

Pursuant to LCR 16(b)(4) and 7(j), The parties, through their undersigned counsel, hereby stipulate and request an Order continuing the deadlines for the parties' FRCP 26(f) conference, FRCP 26(a)(1) initial disclosures, and joint status report 30 days based on this Court's order setting initial scheduling dates, Dkt. 7. The parties believe good cause exists for the Court to modify this Order as both parties are evaluating early motion practice and the upcoming holidays which provide conflicts for parties' counsel. The additional time will ensure that the initial scheduling deadlines can be fully met and allow the parties time to prepare any necessary early motions.

STIPULATED MOTION AND ORDER TO CONTINUE INITIAL SCHEDULING DEADLINES - (23-01806 BJR)- Page 1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 49090268.1

Pursuant to LCR 16(b)(4) and 7(j), the parties request the initial scheduling deadlines be modified as follows:

> Deadline for FRCP 26(f) conference: January 25, 2024
>
> Deadline for FRCP 26(a)(1) Initial Disclosures: February 1, 2024
>
> Deadline for Combined Joint Status Report and Discovery Plain: February 7, 2024.

The parties request the Clerk to reset the deadlines as noticed.

> DATED this 21st day of December 2023.

| | |
|---|---|
| EMERY REDDY, PLLC | FISHER & PHILLIPS LLP |
| By: Timothy W. Emery (*with permission*) <br> Timothy W. Emery, WSBA No. 34078 <br> Patrick B. Reddy, WSBA No. 34092 <br> Paul Cipriani, WSBA No. 59991 <br> 600 Stewart Street, Suite 1100 <br> Seattle, WA 98101 <br> Email: emeryt@emeryreddy.com <br> Email: reddyp@emeryreddy.com <br> Email: paul@emeryreddy.com <br> *Attorneys for Plaintiff* | By Catharine M. Morisset <br> Catharine Morisset, WSBA #29682 <br> Ryan R. Jones, WSBA #52566 <br> 1700 7th Avenue, Suite 2200 <br> Seattle, WA 98101 <br> Phone: 206-682-2308 <br> Facsimile: 206-682-7908 <br> Email: cmorisset@fisherphillips.com <br> rrjones@fisherphillips.com <br> *Attorneys for Defendants* |

STIPULATED MOTION AND ORDER TO CONTINUE INITIAL SCHEDULING DEADLINES - (23-01806 BJR)- Page 2

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 49090268.1

**ORDER**

Based on the foregoing Stipulation, it is hereby ORDERED that:

Deadline for FRCP 26(f) conference: January 25, 2024

Deadline for FRCP 26(a)(1) Initial Disclosures: February 1, 2024

Deadline for Combined Joint Status Report and Discovery Plain: February 7, 2024.

Entered this 22nd day of December 2023.

*/s/ Barbara J. Rothstein*
BARBARA J. ROTHSTEIN
U.S. DISTRICT COURT JUDGE

STIPULATED MOTION AND ORDER TO CONTINUE INITIAL SCHEDULING DEADLINES - (23-01806 BJR)- Page 3

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 49090268.1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under the laws of the state of Washington that on the date written below, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
Emery Reddy, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Email: emeryt@emeryreddy.com
Email: reddyp@emeryreddy.com
Email: paul@emeryreddy.com

*Attorneys for Plaintiff*

Executed on December 21, 2023, in accordance with 28 USC 1746.

_____
Jazmine Matautia, Legal Secretary

---

STIPULATED MOTION AND ORDER TO CONTINUE INITIAL SCHEDULING DEADLINES - (23-01806 BJR)- Page 4

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 49090268.1