**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

August 14, 2024

King County Superior Court
516 Third Avenue E609
Seattle, WA 98104

RE: *Atkinson v. Penney OpCo LLC*
Case #2:23-cv-01806-BJR

**RECEIVED**
KING COUNTY WASHINGTON

AUG 2 6 2024

DEPARTMENT OF
JUDICIAL ADMINISTRATION



FILED
AUG 22 2024
KCDC WEST DIVISION
SEATTLE COURTHOUSE

FILED
LODGED
RECEIVED
MAIL
AUG 29 2024
CLERK U.S. DISTRICT COURT
AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

Dear Clerk:

Please find enclosed the certified copy of Judge Barbara J. Rothstein's *Order Remanding Case to State Court* in the above-referenced case. A certified copy of the docket sheet is also included.

**Please return the copy of this cover letter with the following information:**

*Superior Court Case Number(s)*: 23-~~00002~~-19391-SEA

*Assigned to Judge*: _____

*Completed by Deputy Clerk*: _____

Thank you in advance for your cooperation and assistance.

Sincerely,

s/Serge Bodnarchuk,
*Deputy Clerk*

Enclosures

**OFFICIAL BUSINESS**
**PENALTY FOR PRIVATE USE $300**

# BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY ADMIN OFFICE OF THE U.S. COURTS

CLERK U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
700 STEWART ST, SUITE 2310
SEATTLE WA 98101-9906

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES